No. 73–616.  MAKRIS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 73–619.  SAVE OUR CUMBERLAND MOUNTAINS, INC., ET AL. *v.* TENNESSEE VALLEY AUTHORITY ET AL. C. A. 6th Cir.  Certiorari denied.

No. 73–624.  LAZAROS *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 73–638.  JONES *v.* FLORIDA.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 73–645.  CARDILLO *v.* UNITED STATES; and
No. 73–651.  ECONOMY *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  Reported below: 481 F. 2d 1397.

No. 73–650.  REX *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 73–664.  RAY BAILLIE TRASH HAULING, INC., ET AL. *v.* KLEPPE ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 73–666.  PHILLIPS ET AL. *v.* UNITED STATES. C. A. 6th Cir.  Certiorari denied.

No. 73–672.  SMITH *v.* CALIFORNIA ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 73–673.  WINTERS *v.* BOHANON, U. S. DISTRICT COURT JUDGE, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 73–694.  TAGER *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.